OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE: P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 20 2015

WR-84,207-01

11/18/2015
DIAB, ZACHARIAH          Tr. Ct. No. W06-66168Q(A)
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Dismissed

Abel Acosta, Clerk

ZACHARIAH DIAB
SEGOVIA UNIT - TDC # 1434945
1201 E. CIBOLO RD.
EDINBURG, TX 78539

NMR